UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
COURT MINUTES & ORDER

CHAPTER  7
DATE:  December 15, 2010
JUDGE:  Margaret Dee McGarity
CASE NO.:  10-33642-MDM
DEBTOR:  Wayne F. and Elizabeth R. Nemecek
NATURE OF HEARING:  Approval of reaffirmation agreement between the debtors and Ally Financial.
APPEARANCES:  Paul Swanson, Attorney for Debtors
Wayne F. and Elizabeth R. Nemecek, Debtors
COURTROOM DEPUTY:  Carolyn A. Belunas
TIME:  10:58 - 11:02 am

The court approved the reaffirmation agreement and determined that entering into this agreement will cause no undue hardship and is in the best interest of the debtors. The court advised the debtors that entering into this agreement must be completely voluntary, and advised the debtors of the consequences of default. The debtors have the right to rescind the agreement at any time prior to discharge or within 60 days after such agreement is filed with the court, whichever occurs later, by giving notice of rescission to the holder of such claim.

SO ORDERED.
December 17, 2010

Margaret Dee McGarity
United States Bankruptcy Judge